UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-41-1F(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | ORDER TO SEAL |
| | : | |
| ANDWELE AKANNI STAFFORD | : | |
| a/k/a Dwelz | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 71 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 13th day of December, 2012.

_____
JAMES C. FOX
United States District Judge